UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 08-17533-BKC-LMI |
| RENE PIEDRA AND ASSOCIATES, P.A., | Chapter 7 |
| Debtor. _____/ | |
| BARRY E. MUKAMAL, Chapter 7 Trustee, | ADV. PRO. NO. 10-01016-BKC-LMI |
| Plaintiff, | |
| v. | |
| Richard Fear, Guillaume Lesevre, Catherine Rinder, Mary Salinas Huber, and Glen Stilo as Trustees of the CHURCH OF SCIENTOLOGY RELIGIOUS TRUST, | |
| Defendant. _____/ | |

## NOTICE OF RULE 7030 EXAMINATION

Barry E. Mukamal, Chapter 7 Trustee ("Plaintiff"), by and through undersigned counsel, will depose Anita Pandey under oath as follows:

**DATE:** July 20, 2010

**TIME:** 10:00 a.m. (EDT)

**LOCATION:** GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Telephone: (305) 416-6880

The deposition will continue from day to day until completed. If the examinee receives this notice less than seven (7) days prior to the scheduled deposition date (or less than 10 days if the examination is taking place outside of Florida), the deposition will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to FRBP 7030, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be described in FRBP 7030.

I HEREBY CERITIFY that a true and correct copy of the foregoing was served via electronic mail and First Class U.S. Mail this 24th day of June, 2010 to all parties in interest per the attached service list**.**

Date:   June 24, 2010

Respectfully submitted,

GRAYROBINSON, P.A.
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887

By:    /s/ Frank P. Terzo
      Frank P. Terzo
      Florida Bar No.: 906263

## SERVICE LIST

Barry Mukamal, Trustee
One SE Third Avenue, 10th Floor
Miami, FL 33131

U.S. Trustee's Office
51 SW First Avenue, Room 1204
Miami, FL 33130

Alan Pearlman, Esq.
Adorno & Yoss LLP
350 E. Las Olas Boulevard
Suite 1700
Ft. Lauderdale, FL 33301

Lynn Gelman, Esq.
1450 Madruga Ave, #408
Coral Gables, FL 33146

\351000\5 - RDOMINGUEZ - # 289327 v1